| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | ANGELES ZARAGOZA, Bar #270198 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Plaintiff |
| | BARBARA PERRY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-12-353-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER EXCLUDING TIME |
| | ) | |
| BARBARA PERRY, | ) | |
| | ) | DATE: March 4, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: William B. Shubb |
| _____ | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 7, 2013.

2. By this stipulation, defendant now moves to continue the status conference until March 4, 2013 and to exclude time between January 7, 2013 and March 4, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Approximately 653 pages of discovery has been produced directly to counsel and/or made available for inspection and copying.

   b. Counsel for defendant desires additional time to consult with her client who is detained in Nevada

1

1  City, to review the current charges and discovery, to conduct investigation and research related to the charges, and to discuss potential resolutions with her client.

   c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2013 to March 4, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 3, 2013                         JOSEPH SCHLESINGER
                                               Acting Federal Defender


                                               /s/ Angeles Zaragoza
                                               ANGELES ZARAGOZA
                                               Counsel for Defendant
                                               BARBARA PERRY

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: January 3, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | |
| 4 | | /s/ Angeles Zaragoza for<br>MICHAEL ANDERSON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| 5 | | |

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of January, 2013.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE