1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   BARBARA PERRY
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,          )  No. CR-S-12-353-WBS
                                      )
13                Plaintiff,          )
                                      )  STIPULATION AND [PROPOSED] ORDER
14     v.                             )  ORDERING PRE-PLEA PRESENTENCE
                                      )  CRIMINAL HISTORY REPORT
15 BARBARA PERRY,                     )
                                      )  Judge: Hon. William B. Shubb
16                Defendant.          )  Date:  March 18, 2013
                                      )  Time:  9:30 a.m.
17 _____    )

18      The parties mutually request that the Court order the U.S.

19 Probation office to prepare a Pre-Plea Presentence Criminal History

20 report.  Defense investigation of this issue suggests results of such

21 a review and report will have a substantial ameliorative effect on

22 advisory guideline computations and a consequential beneficial effect

23 on the ability of the parties to reach mutually agreeable terms of

24 resolution of the case without trial.

25      The court is advised that defense counsel has conferred with

26 Supervising U.S. Probation Officer Hugo Ortiz who has advised that five

27 to six weeks is needed for the probation office to perform this task.

28 He has also advised that the Probation Office needs an order from the

1  court directing them to undertake this inquiry.  A proposed order as
2  requested by Mr. Ortiz follows this stipulation.  The court's deputy
3  clerk has advised defense counsel that the court is available for
4  status conference on March 18, 2013, thereby allowing the Probation
5  Office the time they require to prepare the requested report.
6      For the purpose of computing time under the Speedy Trial Act, 18
7  U.S.C. § 3161, et seq., within which trial must commence, the time
8  period of March 4, 2013 to March 18, 2013, inclusive, is deemed
9  excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
10 because it results from a continuance granted by the Court at
11 defendant's request on the basis of the Court's finding that the ends
12 of justice served by taking such action outweigh the best interest of
13 the public and the defendant in a speedy trial.
14     **IT IS SO STIPULATED.**

Date: February 5, 2013    /s/ Michael Anderson
                          MICHAEL ANDERSON
                          Assistant United States Attorney
                          Counsel for Plaintiff


Date: February 5, 2013    JOSEPH SCHLESINGER
                          Acting Federal Defender


                          /s/ Angeles Zaragoza
                          ANGELES ZARAGOZA
                          Assistant Federal Defender
                          Counsel for Defendant
                          BARBARA PERRY

Stipulation and Order                -2-

**O R D E R**

The above stipulation of the parties is accepted.

The probation office is directed to conduct the criminal history review requested in the above stipulation and report its results to counsel for each of the parties on or before March 18, 2013, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date:   February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                -3-