UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      Case No. 2:12-cr-00353-MCE

        Plaintiff,

v.      **ORDER FOR RELEASE OF PERSON IN CUSTODY**

BARBARA PERRY,

        Defendant.

_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release BARBARA PERRY, Case No. 2:12-cr-00353, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $____ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order of Time Served. |

Issued at Sacramento, California on December 12, 2013 at 9:57 a.m.

Dated: December 12, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE